Gladys MENSING, Appellant

v.

WYETH, INC., et al., Appellees.

No. 08–3850.

United States Court of Appeals,
Eighth Circuit.

Sept. 29, 2011.

## ORDER

The Supreme Court having reversed the judgment of this court and remanded this action for further proceedings in light of its opinion in *PLIVA, Inc. v. Mensing*, —— U.S. ——, 131 S.Ct. 2567, 180 L.Ed.2d 580 (2011), we now vacate Sections I, II, and IV of our opinion in *Mensing v. Wyeth, Inc.*, 588 F.3d 603 (8th Cir.2009), reinstate Section III of that opinion, and deny Mensing's motion for leave to file a supplemental brief.